IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.    09-cv-02806-PAB-BNB           Date: December 21, 2009
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A-401

MAINTENANCE ENTERPRISES, INC.,           Richard Mincer
IMTC, INC.,                              Lindsay Woznick

Plaintiff(s),

v.

DYNO NOBEL, INC,                         Rebecca Ledges

Defendant(s).

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:      9:58 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs' motion to compel responses to subpoena issued to William
Schwartzkopf or, in the alternative, motion for contempt [doc. #1; filed
December 1, 2009] is granted as stated on the record. William Schwartzkopf
shall produce the 35 experts reports on or before January 8, 2010.**

Court in Recess      10:10 a.m.     Hearing concluded.    Total time in Court:    00:12

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.