IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02806-PAB-BNB

MAINTENANCE ENTERPRISES, INC., and
IMTC, INC.,

Plaintiffs,

v.

DYNO NOBEL, INC.,

Defendants.

_____

## ORDER
_____

This matter arises on **Plaintiffs' Motion to Compel Responses to Subpoena Issued to William Schwartzkopf or, In the Alternative, Motion for Contempt** [Doc. # 1, filed 12/1/2009] (the "Motion to Compel").  I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED insofar as it seeks an order compelling the production of documents.  William Schwartzkopf shall produce to MEI on or before **January 8, 2010**, the 35 responsive expert reports.

Dated December 21, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge